**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARMANDO CARRILLO-DIAZ | Criminal Indictment<br><br>No. 1:23CR0208 |

THE GRAND JURY CHARGES THAT:

### Count One

On or about April 26, 2023, in the Northern District of Georgia, the defendant, ARMANDO CARRILLO-DIAZ, an alien to the United States of America, was found within the United States after having previously been deported and removed from the United States, and without having obtained the express consent of the Attorney General and the Secretary of Homeland Security, to re-apply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

## Count Two

On or about April 26, 2023, in the Northern District of Georgia, the defendant, ARMANDO CARRILLO-DIAZ, knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with M.G., a deportation officer employed by the U.S. Department of Homeland Security, Immigration and Customs Enforcement, while M.G. was engaged in the performance of his official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

A ___True___ BILL

_/s/ Foreperson_
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

*/s/ Alana R. Black*

ALANA R. BLACK
*Assistant United States Attorney*
Georgia Bar No. 785045

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

2