U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2023R00426)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION**

COUNTY NAME: Gwinnett

DISTRICT COURT NO. **1:23CR0208**

MAGISTRATE CASE NO.

X Indictment
DATE: June 13, 2023

Information
DATE:

Magistrate's Complaint
DATE:

**UNITED STATES OF AMERICA**
vs.
**ARMANDO CARRILLO-DIAZ**

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?   X Yes   No
Is the defendant in custody on this charge or other conviction?   On this charge
Is the defendant awaiting trial on other charges?   Yes   X No
    Other charges:
    Name of institution:

Will the defendant require an interpreter? X Yes  No
What language? Spanish

District Judge:

Attorney: Alana R. Black
Defense Attorney:

*[FILED IN OPEN COURT U.S.D.C. - Atlanta, JUN 13 2023, KEVIN P. WEIMER, Clerk, By: Deputy Clerk]*