ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 26 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARMANDO CARRILLO-DIAZ | Criminal Indictment<br><br>(Superseding)<br>No.  1:23-CR-208 |

THE GRAND JURY CHARGES THAT:

**Count One**

(Illegal Reentry)

On or about April 26, 2023, in the Northern District of Georgia, the defendant, ARMANDO CARRILLO-DIAZ, an alien to the United States of America, was found within the United States after having previously been deported and removed from the United States, and without having obtained the express consent of the Attorney General and the Secretary of Homeland Security, to re-apply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

## Count Two

(Assaulting, Resisting, or Impeding Certain Officers or Employees)

On or about April 26, 2023, in the Northern District of Georgia, the defendant, ARMANDO CARRILLO-DIAZ, knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with M.G., a deportation officer employed by the U.S. Department of Homeland Security, Immigration and Customs Enforcement, while M.G. was engaged in the performance of his official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

## Count Three

(Fire or Explosive—Malicious Use)

On or about July 6, 2023, in the Northern District of Georgia, the defendant, ARMANDO CARRILLO-DIAZ, did maliciously damage and destroy and attempt to damage and destroy, by means of fire, a building and other real and personal property, that is: a Multifamily Dwelling, located at 1355 Graves Road NW, Norcross, Georgia, which real and personal property were used in interstate commerce, and in activity affecting interstate commerce, in violation of

Title 18, United States Code, Section 844(i).

_____ true _____ BILL

_____ [signature] _____
FOREPERSON

RYAN K. BUCHANAN
 United States Attorney

*Dashene A. Cooper*

DASHENE A. COOPER
 Assistant United States Attorney
Georgia Bar No. 385738

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

3